In the Matter of the Accounting of ADELIA M. CORBIN et al., as Executors of FLOYD S. CORBIN, Deceased.

ORA C. GREGORY et al., Appellants; ADELIA M. CORBIN et al., as Executors, et al., Respondents.

(Argued May 1, 1935; decided May 22, 1935.)

*Edward M. Cameron, Jr.,* and *William F. Hamilton* for appellants.

*Carl Sherman,* as special guardian for Virginia A. Corbin et al., respondents (supporting appellants).

*John B. Doyle* for Adelia M. Corbin individually, respondent.

*Harold Swain* for Adelia M. Corbin et al, as executors, respondents.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J.